**Motion Granted; Abatement Order filed October 17, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00641-CV
_____

## IN THE INTEREST OF J.A.F., CHILD

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-01179J**

---

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal. On October 15, 2014, counsel filed a motion to abate the appeal for appointment of new counsel because a conflict of interest required counsel to withdraw. Accordingly, we enter the following order.

We ORDER the judge of the 313th District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall appoint new appellate counsel for appellant. The judge shall see that a record of any hearing is made, and shall order the trial court clerk to forward a record of the

hearing and a supplemental clerk's record containing any orders permitting counsel to withdraw and appointing new counsel. Those records shall be filed with the clerk of this court on or before **October 31, 2014.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's order appointing new counsel is filed in this court. This court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.